UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 12-00764-MAM-13
Monica Walser
Mac Walser
    DEBTORS

## TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

JOHN C. MCALEER III, TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order to **INCREASE** plan payments and would show as follows:

Based on the Trustee's calculation, payments need to **INCREASE** from **$649.00** per month to **$679.00** per month.

WHEREFORE, the Trustee moves the Court for an order to **INCREASE** plan payments to **$679.00** per month.

DATED: December 03, 2012  /s/ JOHN C. MCALEER III, TRUSTEE
JOHN C. MCALEER III, TRUSTEE
CHAPTER 13 TRUSTEE

| **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING** |
|---|
| The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 21 (twenty one) days of service of this motion. If an objection is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion. If an objection to this motion is timely filed, this Court will hold a hearing in Courtroom 2, 201 St. Louis Street, Mobile, AL 36602 on 01/09/2013 at 10:30 am. |

## CERTIFICATE OF SERVICE

I certify that on December 03, 2012, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY CLERK | Monica Walser<br>Mac Walser<br>24906 Newport Rd<br>Robertsdale, AL 36567 | STEPHEN L. KLIMJACK, LLC<br>1306 GOVERNMENT STREET<br>MOBILE, AL 36604 |

/s/ JOHN C. MCALEER III, TRUSTEE
JOHN C. MCALEER III, TRUSTEE
CHAPTER 13 TRUSTEE